The document below is hereby signed.

Signed: June 14, 2018



*S. Martin Teel, Jr.*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| LLOYD GERARD ALLEN, | ) | Case No. 18-00366 |
| | ) | (Chapter 13) |
| Debtor. | ) | Not for publication in |
| | ) | West's Bankruptcy Reporter. |

MEMORANDUM DECISION AND ORDER
DENYING MOTION TO RECONSIDER DISMISSAL OF CASE

The debtor commenced this case on May 24, 2018.  A meeting of creditors was scheduled for June 18, 2018, but the court dismissed this case on June 7, 2018, for the debtor's noncompliance with the court's *Order to File a Mailing Matrix or Show Cause* (Dkt. No. 7), entered on May 29, 2018.  The debtor has now filed a mailing matrix (Dkt. No. 13) and a motion (Dkt. No. 12) to reconsider the dismissal of his case.

The debtor has commenced three bankruptcy cases in a space of less than three months.  The most recent prior case, Case No. 18-00144, commenced on March 7, 2018, was dismissed on March 27, 2018, for failure to file a mailing matrix.  Yet in this case as well the debtor failed to file a mailing matrix with his

petition, and failed timely to comply with the deadline set by the *Order to File a Mailing Matrix or Show Cause* for him to file a mailing matrix if he was to avoid a possible dismissal of the case.  The next most recent case filed by the debtor, Case No. 17-00656, filed on November 28, 2017, was dismissed on other grounds, but there too the debtor failed to file a mailing matrix with the petition and was ordered to file one but never did.  The debtor's failure to file a mailing matrix with the petition and failure to comply with a court order directing him to file a mailing matrix was one of the reasons the court, on January 25, 2018, denied his motion to reconsider the dismissal of that case. The debtor therefore has known for months that he risked having any bankruptcy case he filed dismissed if he failed to file a mailing matrix.  However, despite this knowledge, he failed to take steps to be prepared to file one timely in this case.  This strongly suggests that the debtor is unable to comply with the rigorous procedural requirements imposed on a debtor in a bankruptcy case.

   Nor has the debtor filed other papers (such as schedules, a statement of financial affairs, and a Chapter 13 plan) that were required to be filed within 14 days after the commencement of the case, *i.e.*, by June 7, 2018.  (The court's *Order to File Required Documents* (Dkt. No. 8), entered on May 29, 2018, reminded the debtor of that deadline and listed the documents he was required

to file by the deadline.)  Although the debtor's motion to reconsider states that "I have all papers ready to file," he has not filed the required papers.  The meeting of creditors was set for June 18, 2018, at 1:00 p.m., and the Chapter 13 trustee would not be able to conduct a meaningful meeting of creditors without the documents having been filed.

The dismissal of the case ought not be set aside when the debtor has repeatedly, in this case and the two most recent prior cases, failed to take the steps required for a case to proceed in an orderly fashion and, in this case, has still failed to file all necessary documents.  It is thus

ORDERED that the debtor's motion (Dkt. No. 12) to reconsider the dismissal of this case is DENIED.

[Signed and dated above.]

Copies to: All entities on the BNC mailing list.